# UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s): **Brian Timmons , ;** | **Defendant**(s): **Valor Global, LLC , ;** |
| County of Residence: Outside the State of Arizona | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Travis A. Pacheco ,** Fennemore Craig, P.C. 2394 E. Camelback Rd., Ste. 600 Phoenix, AZ  85016 602-916-5000 | , , |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| II. Basis of Jurisdiction: | 4. Diversity (complete item III) |
| III. Citizenship of Principal Parties (Diversity Cases Only) | |
| Plaintiff:- | 2 Citizen of Another State |
| Defendant:- | 1 Citizen of This State |
| IV. Origin : | 1. Original Proceeding |
| V. Nature of Suit: | 190 Other Contract |
| VI.Cause of Action: | 28 U.S.C. § 1332(a) |
| VII. Requested in Complaint | |
| Class Action: | No |
| Dollar Demand: | |
| Jury Demand: | No |
| VIII. This case **is not related** to another case. | |

Signature: /s/ Travis A. Pacheco

Date: 10/26/2023

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.